FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 04, 2025

SEAN F. McAVOY, CLERK

S. Peter Serrano
United States Attorney
Eastern District of Washington
Laurel J. Holland
Assistant United States Attorney
Post Office Box 21
Richland, WA 99352
Eastern District of Washington
Telephone: (509) 353-2767

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TAUREAN D. JONES (a/k/a "Macc," "mactheloc," "ATM Macc"),<br><br>　　　　　　　　　Defendant. | 2:25-CR-134-TOR<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. § 1591(a)(1), (b)(2)<br>Sex Trafficking of Children<br>(Count 1)<br><br>18 U.S.C. § 1591(a)(1), (b)(1)<br>Sex Trafficking by Force, Fraud and Coercion<br>(Count 2)<br><br>18 U.S.C. § 924(c)(1)(A)(ii)<br>Brandishing a Firearm During and in Relation to a Crime of Violence (Count 3)<br><br>18 U.S.C. §§ 922(g)(1), 924(a)(8)<br>Felon in Possession of a Firearm (Count 4)<br><br>18 U.S.C § 1594, 18 U.S.C. § 924, 28 U.S.C. § 2461(c)<br>Forfeiture Allegations |

INDICTMENT – 1

The Grand Jury charges:

## COUNT 1

Between on or about June 1, 2024, and October 1, 2024, in the Eastern District of Washington, the Defendant, TAUREAN D. JONES (a/k/a "Macc," "mactheloc," "ATM Macc"), in and affecting interstate and foreign commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means a person, namely Minor 1, knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe Minor 1, that Minor 1 had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of 18 U.S.C. §1591(a)(1), (b)(2).

## COUNT 2

Between on or about June 1, 2024, and October 1, 2024, in the Eastern District of Washington and elsewhere, the Defendant, TAUREAN D. JONES (a/k/a "Macc," "mactheloc," "ATM Macc"), in and affecting interstate and foreign commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means a person, namely Minor 1, knowing and in reckless disregard of the fact, that means of force, threats of force, fraud, coercion or any combination of such means would be used to cause Minor 1 to engage in a commercial sex act, in violation of 18 U.S.C. §1591(a)(1), (b)(1).

//

//

INDICTMENT – 2

## COUNT 3

Between on or about August 1, 2024, and October 1, 2024, in the Eastern District of Washington, the Defendant, TAUREAN D. JONES (a/k/a "Macc," "mactheloc," "ATM Macc"), did knowingly brandish and use a firearm, that is a Springfield Armory Hellcat 9 millimeter pistol bearing serial number BA241959, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Child Sex Trafficking and Sex Trafficking by Force, Fraud or Coercion, to wit: Minor 1, as charged in Counts 1 and 2, in violation of 18 U.S.C. § 1591(a)(1), (b)(1), (b)(2); all in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

## COUNT 4

Between on or about August 1, 2024, and July 30, 2025, in the Eastern District of Washington, the Defendant, TAUREAN D. JONES (a/k/a "Macc," "mactheloc," "ATM Macc"), knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Springfield Armory Hellcat 9-millimeter pistol bearing serial number BA241959, which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

//

//

INDICTMENT – 3

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 1594, upon conviction of an offense(s) in violation of 18 U.S.C. § 1591, as charged in Counts 1 and 2 this Indictment, the Defendant, TAUREAN D. JONES (a/k/a "Macc," "mactheloc," "ATM Macc"), shall forfeit to the United States of America any property, real or personal, involved in, used, or intended to be used to commit or to facilitate the commission of the violation(s) and any property traceable to such property; and, any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the violations and any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

Money Judgment
A sum of money in U.S. currency representing the amount of proceeds obtained by the Defendant as a result of the sex trafficking offense(s)

Firearm and Ammunition
a Springfield Armory Hellcat 9-millimeter pistol bearing serial number BA241959, 9 mm magazine and 9 rounds of 9mm ammunition

If any of the property described above, as a result of any act or omission of the Defendant:

INDICTMENT – 4

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of an offense(s) in violation of 18 U.S.C. § 924 (c)(1)(A)(ii) as set forth in Count 3 and/ or in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in Count 4 of this Indictment, the Defendant TAUREAN D. JONES (a.k.a. Macc, macthelocc, ATM Macc), shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to the following:

//

//

//

//

INDICTMENT – 5

- a Springfield Armory Hellcat 9-millimeter pistol bearing serial number BA241959, 9 mm magazine and 9 rounds of 9mm ammunition

DATED this ⁄9 day of September, 2025.

A TRUE BILL

_____

_____
S. Peter Serrano
United States Attorney

_____
Laurel J. Holland
Assistant United States Attorney

INDICTMENT – 6